UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:08-CR-102 |
| | ) | |
| MITCHELL GRASKA | ) | |

**O R D E R**

This matter is before the Court on the objection of the United States, [Doc. 692], to the Report and Recommendation of the United States Magistrate Judge, [Doc. 673], which recommends that the motion to suppress, [Doc. 583], filed by the defendant Mitchell Graska be granted. The defendant has responded to the government's objection, [Doc. 696]. After careful and *de novo* consideration of the motion to suppress, the government response thereto, the Report and Recommendation of the United States Magistrate Judge, and the entire record in this cause, the objection of the United States will be OVERRULED, the Report and Recommendation of the United States Magistrate Judge will be ADOPTED AND AFFIRMED, and the motion to suppress, [Doc. 583], will be GRANTED. A memorandum opinion setting forth the Court's rationale for this order will be entered at a later date.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE
